AO 442 (12/85) Warrant for Arrest

USMS # 99230-479

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**ANIKA DANIELLE REYES**

**WARRANT FOR ARREST**

CASE NUMBER: 7:19-CR-1707-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __ANIKA DANIELLE REYES__
                                                                                    Name

and bring HER forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ✗ Supervised Release Violation

charging HER with (brief description of offense)

VIOLATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE IMPOSED BY THE U. S. DISTRICT COURT ON MAY 13, 2021.

in violation of Title _____ United States Code, Section(s) _____

NATHAN OCHSNER
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ N/A

CLERK, U. S. DISTRICT COURT
Title of Issuing Officer

AUGUST 18, 2022 - McAllen, Texas
Date and Location

HON. MICAELA ALVAREZ, U. S. DISTRICT JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (12/85) Warrant for Arrest

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**ANIKA DANIELLE REYES**

CASE NUMBER: 7:19-CR-1707-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **ANIKA DANIELLE REYES**
Name

and bring HER forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ✗ Supervised Release Violation

charging HER with (brief description of offense)

VIOLATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE IMPOSED BY THE U. S. DISTRICT COURT ON MAY 13, 2021.

in violation of Title _____ United States Code, Section(s) _____

NATHAN OCHSNER
Name of Issuing Officer

CLERK, U. S. DISTRICT COURT
Title of Issuing Officer

Signature of Issuing Officer

AUGUST 18, 2022 - McAllen, Texas
Date and Location

Bail fixed at $ N/A      HON. MICAELA ALVAREZ, U. S. DISTRICT JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, CLERK
By _____
Deputy Clerk

PROB 12C
(08/15)

# United States District Court
## for
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** ANIKA DANIELLE REYES     **Case Number:** 7:19CR01707-001

**Name of Sentencing Judicial Officer:** HONORABLE MICAELA ALVAREZ

**Date of Original Sentence:** MAY 13, 2021

**Original Offense:** IMPORTING 500 GRAMS OR MORE, THAT IS, APPROXIMATELY 520 GRAMS OF METHAMPHETAMINE, IN VIOLATION OF 21 U.S.C. § 952(a), 960(a)(1), 960(b)(1) AND 18 U.S.C. § 2.

**Original Sentence:** THIRTY-SIX (36) MONTHS CUSTODY OF THE U.S. BUREAU OF PRISONS, FOLLOWED BY A THREE (3) YEAR TERM OF SUPERVISED RELEASE.

**Type of Supervision:** SUPERVISED RELEASE    **Date Supervision Commenced:** 2/9/22

**Maximum Penalty Upon Revocation:** THREE (3) YEARS CUSTODY OF THE U.S. BUREAU OF PRISONS, PURSUANT TO 18 U.S.C. § 3583(e)(3).

---

## PREVIOUS COURT ACTION

**06/10/22:** A Report on Offender Under Supervision – No Court Action Required was submitted the Honorable Court alleging the Releasee violated the Mandatory Conditions of supervision when she illegally possessed and unlawfully used marijuana, on or about May 20, 2022. Also alleged were violations of the Standard Conditions when she failed to report to the probation officer, left the judicial district without permission, failed to report a change in residence within 72 hours, and failed to notify the probation officer within 72 hours of questioning by a law enforcement officer. On June 22, 2022, the Court concurred with the recommendation to take no action, but reserved the right to address the violations at a later date.

---

## PETITIONING THE COURT

To issue a Supervised Release Violator's Warrant and set a revocation hearing to show cause why Supervised Release should not be revoked.

2

RE: REYES, Anika Danielle
Dkt. No. 7:19CR01707-001

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance | |
|---|---|---|
| 1. | Mandatory Condition: | "SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME" |

A. On or about April 29, 2022, in Miller County, Arkansas, with the Western District of Arkansas, Anika Danielle Reyes, the Releasee, violated the Mandatory Condition of supervision by committing the offense of operating a motor vehicle without a valid driver's license, in violation of Arkansas Transportation Code § 27-16-602(a), a Class C misdemeanor.

B. On or about April 29, 2022, in Miller County, Arkansas, with the Western District of Arkansas, Anika Danielle Reyes, the Releasee, violated the Mandatory Condition of supervision by committing the offense of failure to present proof of motor vehicle insurance, in violation of Arkansas Transportation Code § 27-22-104(a)(2), a Class C misdemeanor.

C. On or about April 29, 2022, in Miller County, Arkansas, with the Western District of Arkansas, Anika Danielle Reyes, the Releasee, violated the Mandatory Condition of supervision by committing the offense of inattentive operation of a motor vehicle, in violation of Arkansas Transportation Code § 27-51-104(b)(8), a Class C misdemeanor.

D. On or about April 29, 2022, in Miller County, Arkansas, with the Western District of Arkansas, Anika Danielle Reyes, the Releasee, violated the Mandatory Condition of supervision by committing the offense of failure to appear, in violation of Arkansas Criminal Code § 5-54-120, a Class C misdemeanor.

According to the incident report prepared by the Arkansas State Police, on April 29, 2022, at approximately 1:24 p.m., Trooper Broughton observed a vehicle traveling at a high rate of speed. He determined the vehicle was traveling at 96 miles per hour. As a result, a traffic stop was conducted. The driver of the vehicle was identified as Anika Danielle Reyes, the Releasee, who was traveling with a male passenger identified as Juvenal Alvaro.

While questioning the Releasee, Trooper Broughton noted she appeared nervous and was visibly shaking. The Releasee indicated she was traveling to Tennessee, and she was not in possession of her driver's license. When confronted by Trooper Broughton regarding her federal supervision in Texas, the Releasee admitted she did not have permission to travel to Tennessee. She indicated she was taking her husband, Mr. Alvaro, to Tennessee.

Trooper Broughton issued the Releasee a citation for driving without a valid driver's license, failure to provide proof of vehicle insurance, and inattentive driving. The Releasee was instructed to appear at the Miller County District County Court in Texarkana, Arkansas, on June 27, 2022.

According to the Miller County District County Court, the Releasee failed to appear on June 27, 2022. She was granted an extension until July 11, 2022, to appear in person or contact the

RE: REYES, Anika Danielle  3
Dkt. No. 7:19CR01707-001

court to address the citations. However, she failed to appear and did not contact the court. As a result, on July 13, 2022, an arrest warrant was issued for the Releasee. Since the Miller County Sheriff's Office did not have the Releasee's date of birth, the warrant could not be entered into the law enforcement database. Subsequently, the warrant was withdrawn, and all the charges were dismissed.

2.   **Mandatory Condition:**   **"SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE"**

**AND**

**"SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE"**

Anika Danielle Reyes, the Releasee, violated the Mandatory Conditions of supervision by illegally possessing and unlawfully using controlled substances, to wit: marijuana, on or about May 20, 2022, as evidenced by laboratory analysis of a urine specimen collected from the Releasee on the aforementioned date indicating the presence of said controlled substance.

The Releasee admitted in writing to using said substance as indicated by the urinalysis results.

3.   **Standard Condition #2:**   **"SHALL REPORT TO THE PROBATION OFFICER"**

A. On May 4, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #2 of supervision by failing to report to the probation officer as directed.

On April 29, 2022, U.S. Probation Officer (USPO) Kandis Bell instructed the Releasee to report in person to the U.S. Probation Office in Houston, Texas, on May 4, 2022. The Releasee acknowledged understanding. However, she failed to report as instructed without providing a valid reason or excuse.

B. On July 25, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #2 of supervision by failing to report to the probation officer as directed.

Since the Releasee requested to reside in Memphis, Tennessee, with her romantic partner, USPO Bell submitted a transfer of supervision request to the Western District of Tennessee, Memphis Division. However, the request was denied as the Releasee lacked a stable residence, employment, documents to obtain employment, and she was not compliant with her conditions of supervision. As a result, on July 19, 2022, USPO Bell instructed the Releasee to report in person to the U.S. Probation Office in Houston on July 25, 2022. Although she acknowledged understanding, the Releasee failed to report as instructed without providing a valid reason or excuse. To date, she had not contacted the U.S. Probation Office to address her noncompliance and make herself available for supervision. Her whereabouts are unknown.

RE:  REYES, Anika Danielle  4
Dkt. No. 7:19CR01707-001

4. **Standard Condition #3:** "SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION"

On or about April 29, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #3 of supervision by leaving the Southern District of Texas and subsequently traveling to Memphis, Tennessee, located within the Western District of Tennessee, Memphis Division, without permission of the Court or the probation officer.

During a traffic stop in Arkansas on April 29, 2022, the Releasee indicated she was traveling without permission to Tennessee as noted in Violations 1A to 1D. When she was subsequently questioned by USPO Bell, the Releasee admitted she left the Southern District of Texas and traveled to Memphis, Tennessee, without permission of the Court or the probation officer.

5. **Standard Condition #4:** "SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER"

On May 18, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #4 of supervision by failing to answer truthfully all inquiries by the probation officer.

On said date, USPO Bell questioned the Releasee about her whereabouts, at which time the Releasee indicated she was in Indiana with her sister. Subsequently, the Releasee admitted she lied to USPO Bell, and she was actually in Memphis, Tennessee, with her romantic partner.

6. **Standard Condition #5:** "SHALL REPORT CHANGE IN RESIDENCE 10 DAYS PRIOR TO SUCH CHANGE OR WITHIN 72 HOURS"

On or about April 29, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #5 of supervision by failing to report change in residence 10 days prior to such change or within 72 hours.

On April 7, 2022, USPO Bell submitted a transfer of supervision request to the Southern District of Texas, Brownsville Division, as the Releasee was residing with a cousin in Brownsville, Texas. The Brownsville Division subsequently denied the request as the Releasee left her cousin's residence and lacked a stable residence in Brownsville. On April 27, 2022, USPO Bell instructed the Releasee to return to Houston, Texas, and provide a valid address by April 29, 2022. The Releasee acknowledged understanding. However, she relocated to Memphis, Tennessee, and did not report the change in residence 10 days prior to such a change or within 72 hours as required.

7. **Standard Condition #9:** "SHALL NOTIFY USPO WITHIN 72 HOURS OF ARREST OR QUESTIONING BY A LAW ENFORCEMENT OFFICER"

RE: REYES, Anika Danielle
Dkt. No. 7:19CR01707-001

On May 2, 2022, Anika Danielle Reyes, the Releasee, violated Standard Condition #9 of supervision by failing to notify the probation officer within 72 hours of being questioned by a law enforcement officer.

The Releasee was questioned by Trooper Broughton of the Arkansas State Police on April 29, 2022, as noted in Violations 1A to 1D. She subsequently failed to report within 72 hours that she was questioned by a law enforcement officer as required.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

_____ for
Barbara Schoephoerster, Supervising
United States Probation Officer

Respectfully submitted,

By: _____
Kandis Bell
United States Probation Officer
August 17, 2022
(LMA) #6458203

RE: **REYES, Anika Danielle** 6
Dkt. No.: 7:19CR01707-001

---

THE COURT ORDERS:

[ ] No Action

[ ] The Supervised Releasee be summoned to appear before the United States Magistrate Judge, McAllen, Texas, on the date and time set forth on the attached Summons for an initial appearance in order to initiate Supervised Release revocation proceedings before the United States District Court, 9th Floor, 1701 W. Bus. Hwy. 83, McAllen, Texas, to show cause why her Supervised Release should not be revoked.

[ ] The issuance of a warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Further, that a revocation hearing be set to show cause why Supervised Release should not be revoked.

[X] The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Supervised Release should not be revoked.

[ ] The issuance of a warrant, and the determination of a bond to be made by the Magistrate Court. Further, that a revocation hearing be set to show cause why Supervised Release should not be revoked.

[ ] Other:


M. Alvarez
Micaela Alvarez
U. S. District Judge

August 18, 2022
Date

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, CLERK
By _____
Deputy Clerk

